## Commonwealth *v.* Forsyth, Appellant.

Argued April 12, 1967. *Marjorie A. Young,* for appellant; *Kenneth E. Fox, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN and MONTGOMERY, JJ., dissent for the reasons stated in Judge HOFFMAN's dissenting opinion in Com. v. Goslee, 210 Pa. Superior Ct. 62, 231 A. 2d 324 (1967).